IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZENOBIA ROBERTS-HARLEY, | : |
| Plaintiff, | : |
| v. | :  Civil Action No.: <br> :  1:14-cv-01761-RWS-LTW |
| VERIZON WIRELESS (VAW) LLC d/b/a VERIZON WIRELESS and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT VERIZON WIRELESS (VAW) LLC**

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Zenobia Roberts-Harley ("Plaintiff") and Defendants Verizon Wireless (VAW) LLC d/b/a Verizon Wireless and Cellco Partnership d/b/a Verizon Wireless, by and through their respective undersigned counsel, stipulate and agree to the dismissal with prejudice of all claims in the above-captioned lawsuit against Verizon Wireless (VAW) LLC d/b/a Verizon Wireless.  Plaintiff's claims against Defendant Cellco Partnership d/b/a Verizon Wireless shall remain pending.

Respectfully and jointly submitted this 10th day of February, 2015.

By: */s/ Mary J. Workman*
   Mary J. Workman
   Georgia Bar No. 776625

By: */s/ Justin R. Barnes*
   Jeffrey A. Schwartz
   Georgia Bar No. 558465

1

| | |
|---|---|
| 2549 Terrace Trail | Justin Barnes |
| Decatur, Georgia 30030 | Georgia Bar No. 105220 |
| Telephone: (404) 293-5995 | JACKSON LEWIS P.C. |
| | 1155 Peachtree Street, Suite 1000 |
| Counsel for Plaintiff | Atlanta, Georgia 30309-3600 |
| | Telephone: (404) 525-8200 |
| | Facsimile: (404) 525-1173 |
| | |
| | Counsel for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZENOBIA ROBERTS-HARLEY,<br><br>    Plaintiff,<br><br>        v.<br><br>VERIZON WIRELESS (VAW) LLC d/b/a VERIZON WIRELESS and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>    Defendants. | Civil Action No.:<br>1:14-cv-01761-RWS-LTW |

## **CERTIFICATE OF SERVICE**

I certify that February 10, 2015, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT VERIZON WIRELESS (VAW) LLC** with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

*/s/ Justin R. Barnes*
Justin R. Barnes
Georgia Bar No. 105220

3